1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

11  JOHN BALLARD,                    )  Case No. 2:12-CV-02226 CMK
                                     )
12              Plaintiff,           )
                                     )
13       v.                          )
                                     )  **RELATED CASE ORDER**
14  SAMUEL WONG, et al.,             )
                                     )
15              Defendants.          )
    UNITED STATES OF AMERICA,        )
16                                   )
                Plaintiff,           )
17                                   )  Case No. 2:06-CR-00283 JAM
         v.                          )
18                                   )
    JOHN BALLARD,                    )
19                                   )
                Defendant.           )
20  UNITED STATES OF AMERICA,        )  Case No. 2:05-CR-00168 JAM
                                     )
21              Plaintiff,           )
                                     )
22  v.                               )
                                     )
23  JOHN MARVIN BALLARD              )
                                     )
24              Defendant.           )
    UNITED STATES OF AMERICA,        )
25                                   )
                Plaintiff,           )
26                                   )  Case No. 2:99-CR-00050 JAM
    v.                               )
27                                   )
    JOHN M. BALLARD,                 )
28                                   )
                Defendant.           )

                                   1

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:12-CV-02226 CMK be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-CV-02226 JAM-CMK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 27, 2015         /s/ John A. Mendez
                            JOHN A. MENDEZ
                            United States District Court Judge