UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARVIN BALLARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL WONG, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-2226-JAM-CMK<br><br>**ORDER** |

Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 30, 2018, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 30, 2018, are adopted in full; and

2. Plaintiff's motion for relief under Rule 60(a) (Doc. 41) is granted to reflect that plaintiff was convicted under 18U.S.C. § 2423(b).

DATED: May 30, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE